## CASE ANNOUNCEMENTS
*September 2, 2010*

[Cite as *09/02/2010 Case Announcements*, 2010-Ohio-4097.]

## DISCIPLINARY CASES

**2004–2150.   Ohio State Bar Assn. v. Allen.**
This cause is before the court upon the filing by respondent of a motion and demand to cease all activities due to bankruptcy and an emergency motion requesting that all proceedings against him cease until his bankruptcy case is finally adjudicated. Upon consideration thereof, the court requests that the relator, Ohio State Bar Association, file a response to this motion on or before ten days from the date of this order.